# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 31, 2017

## NO. 03-17-00561-CV

### In the Matter of N. P.

**APPEAL FROM THE 391ST DISTRICT COURT OF TOM GREEN COUNTY**
**BEFORE JUSTICES PURYEAR, FIELD, AND BOURLAND**
**AFFIRMED -- OPINION BY JUSTICE FIELD**

This is an appeal from the order signed by the trial court on August 10, 2017. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the order. Therefore, the Court affirms the trial court's order. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.